IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAM THANH NGUYEN, | § | CIVIL ACTION NO. 2:19-CV-06469 |
| *Plaintiff,* | § § § | |
| v. | § § | JUDGE VITTER |
| | § | MAGISTRATE JUDGE WILKINSON |
| BP EXPLORATION & PRODUCTION, INC., ET AL., | § § § | |
| *Defendants.* | § § | |

## ORDER ENROLLING ADDITIONAL COUNSEL

Having considered the *Ex Parte* Motion by plaintiff to enroll Albertus F. Wiesedeppe, III and Gary L. Fuller as additional counsel (R. Doc. 13),

**IT IS ORDERED** that Albertus F. Wiesedeppe, III and Gary L. Fuller of The Nations Law Firm be enrolled as additional counsel of record for plaintiff Tam Thanh Nguyen.

New Orleans, this the 18th day of December, 2019.

_____
**UNITED STATES DISTRICT JUDGE**